**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00359-CR**
_____

**EX PARTE JOSEPH COLONE**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-10213**

**MEMORANDUM OPINION**

Joseph Colone appealed from an order denying his application for a writ of habeas corpus. On December 19, 2023, Colone filed a motion to dismiss the appeal as moot because he has pleaded guilty and the case upon which he had been seeking bail is now disposed and a final sentence has been imposed in this case. The State agrees that the appeal is moot and should be dismissed. Issues regarding pretrial bail are moot when the accused is no longer subject to pretrial confinement. *See Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *Bennet v. State*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.). Accordingly, we dismiss the appeal as moot. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on January 16, 2024
Opinion Delivered January 17, 2024
Do Not Publish

Before Horton, Johnson and Wright, JJ.